```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 40634
   CAVETT C HILL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

       Debtor
  SSN XXX-XX-6170


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 11/02/2004 and was confirmed 02/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  51.54% from remaining funds.

     The case was dismissed after confirmation 10/24/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG         .00            .00             .00
OPTION ONE MORTGAGE        MORTGAGE ARRE     3087.70            .00         3087.70
OPTION ONE MORTGAGE        CURRENT MORTG         .00            .00             .00
OPTION ONE MORTGAGE        MORTGAGE ARRE         .00            .00             .00
PRIMUS FINANCIAL SERVICE   SECURED           9125.00         547.55         9125.00
PRIMUS FINANCIAL SERVICE   UNSECURED         3552.83            .00             .00
PRIMUS FINANCIAL SERVICE   UNSECURED         8100.84            .00             .00
COOK COUNTY TREASURER      PRIORITY        NOT FILED            .00             .00
COOK COUNTY TREASURER      SECURED               .00            .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY          8497.78            .00         3450.83
SCHOTTLER & ZUKOSKY        PRIORITY        NOT FILED            .00             .00
FIRST FINANCIAL BANK       UNSECURED         5675.82            .00             .00
CAPITAL ONE SERVICES       NOTICE ONLY     NOT FILED            .00             .00
CAPITAL ONE VISA           UNSECURED       NOT FILED            .00             .00
CAPITAL ONE VISA           UNSECURED       NOT FILED            .00             .00
CAPITAL ONE VISA           UNSECURED       NOT FILED            .00             .00
CITI CARDS                 UNSECURED       NOT FILED            .00             .00
DEPENDON COLLECTION SERV   NOTICE ONLY     NOT FILED            .00             .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED            .00             .00
KDS INTERNATIONAL MEDICI   UNSECURED       NOT FILED            .00             .00
MIDAMERICA FEDERAL SAVIN   UNSECURED       NOT FILED            .00             .00
NORTHERN IL EMERG & OCC    UNSECURED       NOT FILED            .00             .00
SEARS ROEBUCK & CO         UNSECURED       NOT FILED            .00             .00
SEARS ROEBUCK & CO         NOTICE ONLY     NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED OTH      976.60            .00             .00
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY       1,999.00                       1,999.00
TOM VAUGHN                 TRUSTEE                                          1,044.14
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 40634 CAVETT C HILL
```

```
--------------------------------------------------------------------------------
TRUSTEE                                     19,254.22

PRIORITY                                                             3,450.83
SECURED                                                             12,212.70
    INTEREST                                                           547.55
UNSECURED                                                                 .00
ADMINISTRATIVE                                                       1,999.00
TRUSTEE COMPENSATION                                                 1,044.14
DEBTOR REFUND                                                             .00
                                         ---------------      ---------------
TOTALS                                       19,254.22            19,254.22
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn
    Dated: 01/25/08                      _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE

                            PAGE   2
        CASE NO. 04 B 40634 CAVETT C HILL